UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| James Tettenhorst, individually and on behalf of others similarly situated, : <br> : <br> Plaintiff, : <br> : <br> v. : <br> : <br> Lindt & Sprungli (USA), Inc : <br> : <br> Defendants. : <br> _____/ | Case No. 1:23-cv-00**o**0194-JL |

**MOTION FOR *PRO HAC VICE*
ADMISSION OF IAN J. MCLOUGHLIN, ESQUIRE**

NOW COMES, Roger B. Phillips, Esquire counsel for the Plaintiff, and hereby moves, pursuant to Rule 83.2 (b) of the Local Civil Rules for the United States District Court for the District of New Hampshire, to allow the admission and appearance of out-of-state counsel, Ian J. McLoughlin, Esquire, as co-counsel. In support of this Motion, and grounds therefore, Roger B. Phillips represents:

1. Attorney McLoughlin practices law at Shapiro, Haber & Urmy, LLP, One Boston Place, Suite 2600, Boston, MA 02108.

2. Attorney McLoughlin is a member in good standing of the state Bar of Massachusetts, as set forth in the Affidavit of Ian J. McLoughlin submitted herewith.

3. Attorney McLoughlin is familiar with the Local Rules of the United States District Court for the District of New Hampshire.

4. I will be actively associated with Mr. McLoughlin during the pendency of this matter, and I will be present at all hearings and any trial of this matter, unless excused by the Court.

5.      Due to the nature of this Motion, no memorandum of law is necessary.

WHEREFORE, James Tettenhorst, by local counsel, Roger B. Phillips, Esquire, respectfully requests that this Court grant this Motion for Pro Hac Vice admission of Ian J. McLoughlin, and for such other relief as may be necessary.

DATED: March 28, 2023

Respectfully Submitted,
James Tettenhorst
By his attorney:

*/s/Roger B. Phillips*
Roger B. Phillips
Phillips Law Office, PLLC
104 Pleasant Street
Concord, NH 03301
NH Bar No. 2018
(603) 225-2767
roger@phillipslawoffice.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through ECF system will be served upon all counsel of record.

Dated:  March 28, 2023

/s/Roger B. Phillips
Roger B. Phillips

2