UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| James Tettenhorst, Individually and on behalf of others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>Lindt & Sprungli (USA), Inc,<br><br>    Defendants. | Civil Action No. 1:23-cv-00194-JL |

**AFFIDAVIT OF IAN J. MCLOUGHLIN IN SUPPORT OF MOTION FOR ADMISSION PRO HAC VICE**

I, Ian J. McLoughlin, make the following statements in support of my motion for admission pro hac vice in this case:

1. I am over 18 years old, and have personal knowledge of the facts set forth herein.

2. My office address is Shapiro, Haber & Urmy, LLP, One Boston Place, Suite 2600, Boston, MA 02108. My office phone number is 617.439.3939.

3. I am an active member in good standing of the Massachusetts State Bar (Bar # 647203, admitted January 18, 2001). I am also permitted to practice before the U.S. District Court – District of Massachusetts (admitted May 11, 2001), the U.S. Court of Appeals – First Circuit (admitted September 23, 2011). I am in good standing and eligible to practice in the above courts.

4. I am not currently suspended or disbarred by any court.

5. I do not have any previously imposed or pending disciplinary matters.

6. I have not been convicted of any felony or misdemeanor.

1

7. I have not been denied pro hac vice admission by any court nor has any pro hac vice admission been revoked.

8. I solemnly affirm under penalties of perjury and upon personal knowledge that the contents of the foregoing paper are true.

DATED: 3/28/23                                          /s/ Ian J. McLoughlin


Subscribed and sworn before me this 28th day of March 2023.


/s/ Emma Brackett
Notary Public

My commission expires: September 28, 2029