# U.S. District Court
## District of New Hampshire (Concord)
### CIVIL DOCKET FOR CASE #: 1:23−cv−00194−JL

| | |
|---|---|
| Tettenhorst v. Lindt & Sprungli (USA), Inc. | Date Filed: 03/17/2023 |
| Assigned to: Judge Joseph N. Laplante | Date Terminated: 05/10/2023 |
| Cause: 28:1332 Diversity−Product Liability | Jury Demand: Plaintiff |
| | Nature of Suit: 365 Personal Inj. Prod. Liability |
| | Jurisdiction: Diversity |

**Plaintiff**

**James Tettenhorst**  represented by  **Ian J. McLoughlin**
Shapiro Haber & Urmy LLP
2 Seaport Ln
Boston, MA 02109
617−439−3939
Email: imcloughlin@shulaw.com
*ATTORNEY TO BE NOTICED*

**Roger B. Phillips**
Phillips Law Office
104 Pleasant St
Concord, NH 03301
603 225−2767
Email: roger@phillipslawoffice.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lindt & Sprungli (USA), Inc.**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/17/2023 | 1 | NEW CASE/ COMPLAINT with Jury Demand Filing fee $ 402, receipt number ANHDC−2358925 filed by James Tettenhorst.(Phillips, Roger) (Additional attachment(s) added on 3/17/2023: # 1 Summons) (mc). (Additional attachment(s) added on 3/17/2023: # 2 Civil Cover Sheet) (mc). (Entered: 03/17/2023) |
| 03/17/2023 |  | Case assigned to Judge Joseph N. Laplante. The case designation is: 1:23−cv−194−JL. Please show this number with the judge designation on all future pleadings. Diversity Disclosure Statements for both parties due 4/17/2023. (mc) (Entered: 03/17/2023) |
| 03/17/2023 |  | NOTICE. This case has been designated for Electronic Case Filing. All further submissions shall be filed in compliance with the Administrative Procedures for Electronic Case Filing. Pro se litigants are not required to file electronically and may continue to file documents in paper format. Persons filing electronically are strongly encouraged to complete the interactive training modules available on the courts website. To access these modules, click HERE. (mc) (Entered: 03/17/2023) |
| 03/17/2023 | 2 | |

| | | |
|---|---|---|
| | | Summons issued electronically as to Lindt & Sprungli (USA), Inc. **NOTICE: Counsel shall print and serve the summons and all attachments in accordance with Fed. R. Civ. P. 4.** (Attachments: # 1 Notice ECF)(mc) (Entered: 03/17/2023) |
| 03/28/2023 | Ï 3 | MOTION for Ian J. McLoughlin to Appear Pro Hac Vice (Filing fee $ 100, Receipt # ANHDC−2362852.) filed by James Tettenhorst.Follow up on Objection on 4/11/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c). (Attachments: # 1 Exhibit (Affidavit) Affidavit of Ian J. McLoughlin, Esquire)(Phillips, Roger) (Entered: 03/28/2023) |
| 03/29/2023 | Ï | **ENDORSED ORDER granting 3 Motion for Ian J. McLoughlin to Appear Pro Hac Vice.** *Text of Order: Granted. Local counsel shall comply with all obligations required by L.R. 83.2(b) absent order of the court.* **So Ordered by Judge Joseph N. Laplante.**<br><br>The clerk's office will provide the admitted attorney with instructions on how to obtain access to electronic filing by separate email. The admitted attorney must have an individual upgraded PACER account, not a shared firm account, to electronically file in the District of New Hampshire. After obtaining e−filing access, the admitted attorney must file an appearance to begin receiving electronic notices.(ko)<br><br>(Entered: 03/30/2023) |
| 03/31/2023 | Ï 4 | WAIVER OF SERVICE Returned Executed as to Lindt & Sprungli (USA), Inc. by James Tettenhorst. Served/Mailed on 3/30/2023. Answer Follow Up on 6/1/2023. The court only follow up date DOES NOT include 3 additional days that may apply per FRCP 6(d) and FRCrP 45(c).(Phillips, Roger) (Entered: 03/31/2023) |
| 05/05/2023 | Ï 5 | Assented to MOTION to Change Venue *to the United States District Court for the Eastern District of New York* filed by James Tettenhorst. Attorney Ian J. McLoughlin added to party James Tettenhorst(pty:pla).(McLoughlin, Ian) (Entered: 05/05/2023) |
| 05/09/2023 | Ï | **ENDORSED ORDER granting 5 Assented to MOTION to Change Venue to the United States District Court for the Eastern District of New York.** *Text of Order: Granted.* **So Ordered by Judge Joseph N. Laplante.(jb)** (Entered: 05/09/2023) |
| 05/10/2023 | Ï | Civil Case Terminated. (jb) (Entered: 05/10/2023) |