UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: LINDT & SPRUNGLI DARK CHOCOLATE LITIGATION | Case No.: 1:23-cv-01186-AMD-RER |

**NOTICE OF CHANGE OF ATTORNEY INFORMATION**

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, the firm name and email address for Plaintiff's counsel, Jack Fitzgerald, has changed as follows:

**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, California 92110
Phone: (619) 215-1471

Plaintiff's counsel respectfully requests that the Court and parties update their contact information for counsel accordingly.

Dated: February 1, 2024

Respectfully Submitted,

/s/ Jack Fitzgerald
**FITZGERALD MONROE FLYNN PC**
JACK FITZGERALD
*jfitzgerald@fmfpc.com*
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Phone: (619) 215-1741

*Counsel for Plaintiffs*